No. 370. FEDERAL TRADE COMM'N v. WESTERN MEAT Co. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Hughes*, and *Messrs. Robert E. Healy, Alfred M. Craven*, and *Claude R. Branch* for petitioner. *Messrs. Edward I. Barry* and *Frank L. Horton* for respondents.

No. 372. CINCINNATI v. VESTER;

No. 373. SAME v. RICHARDS ET AL.; and

No. 374. SAME v. REAKIRT. October 21, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. John D. Ellis* and *Ed F. Alexander* for petitioner. *Messrs. John Weld Peck* and *Milton Sayler* for respondents.

No. 375. WESTERN CARTRIDGE Co. v. EMMERSON. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Mr. Colin C. H. Fyffe* for petitioner. *Messrs. Oscar E. Carlstrom* and *Bayard Lacey Catron* for respondent.

No. 390. JAMISON ET AL. v. ENCARNACION. October 21, 1929. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. James B. Henney* and *Daniel Miner* for petitioners. *Messrs. Wm. S. Butler* and *James A. Gray* for respondent.

No. 397. CHARTER SHIPPING Co., LTD., v. BOWRING JONES & TIDY, LTD. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the